**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

C T Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

9590 9402 4550 8278 6523 54

2. Article Number (Transfer from service label)

7018 1830 0000 3180 3005

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent
                 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Erik DuPaul    5-8

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Yann Leriche
Transdev North America, Inc.
720 E. Butterfield Road, Suite 300
Lombard, IL 60148

9590 9402 4550 8278 6523 47

2. Article Number (Transfer from service label)

7018 1830 0000 3180 2947

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   Andrew Pickens    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Andrew Pickens

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery ($500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Setzer
Transdev Services, Inc.
720 E. Butterfield Road, Suite 300
Lombard, IL 60148



9590 9402 4550 8278 6524 08

2. Article Number *(Transfer from service label)*

7018 1830 0000 3180 2954

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  Stephanie Thompson

☐ Agent
☑ Addressee

B. Received by *(Printed Name)*

Stephanie Thompson

C. Date of Delivery

5/16

D. Is delivery address different from item 1?   ☑ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ Mail
☐ _____ Mail Restricted Delivery
      )

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt